No. 95–7134. HARDY ET UX. v. CITY OF ORLANDO, *ante*,
p. 1139. Motion for leave to file petition for rehearing denied.

JUNE 11, 1996

No. A–1022 (95–9264). OXFORD v. BOWERSOX, SUPERINTEND-
ENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Applica-
tion for stay of execution of sentence of death, presented to JUS-
TICE THOMAS, and by him referred to the Court, granted pending
the disposition by this Court of the petition for writ of certiorari.
Should the petition for writ of certiorari be denied, this stay
terminates automatically. In the event the petition for writ of
certiorari is granted, this stay shall continue pending the sending
down of the judgment of this Court.